Amy L. Sances, Esq.
Nevada Bar No. 8652
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
amy.sances@gmlaw.com
phillip.silvestri@gmlaw.com
*Attorneys for Defendant Boomerang's Operator, LLC d/b/a Mango's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC COR., MILKSONGS, SWEET CHIN MUSIC, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., AFROMAN MUSIC, UNIVERSAL MUSIC CORP., and GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br>v.<br><br>BOOMERANG'S OPERATOR, LLC D/B/A MANGO'S, and STUARD E. APOLLO,<br><br>Defendants. | Case No. 2:18-cv-02144-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BOOMERANG'S OPERATOR, LLC D/B/A MANGO'S TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

The parties respectfully submit the following stipulation to allow defendant Boomerang's Operator, LLC d/b/a Mango's ("Defendant") thirty (30) additional days to file a responsive pleading to Plaintiff's Complaint filed on November 7, 2018 [D.E. 1]. Defendant's response is currently due on November 30, 2018, and will now be due on December 31, 2018. An extension is necessary as counsel has just been retained, and the extension will allow Defendant sufficient time to appropriately review, investigate, and respond to the Complaint.

///

///

///

///

37255235v1

This is Defendant's first request for an extension of time to respond to the Complaint and is not made for the purpose of delay.

Respectfully submitted by:

DATED this 29th day of November, 2018

**GREENSPOON MARDER LLP**

*/s/ Phillip S. Silvestri, Esq*
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
3993 Howard Hughes Parkway #400
Las Vegas, Nevada 89169

*Attorneys for Defendant Boomerang's Operator, LLC d/b/a Mango's*

DATED this 29th day of November, 2018

**SNELL & WILMER L.L.P.**

*/s/ Nathan G. Kanute, Esq.*
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Counsel for Plaintiffs*

## **ORDER**

It is hereby **ORDERED** that Defendant Boomerang's Operator, LLC d/b/a Mango's shall have up to, and including, December 31, 2018 to file a response to Plaintiffs' Complaint.

_____
U.S. MAGISTRATE JUDGE
Dated: 11-30-2018

37255235v1