Amy L. Sances, Esq.
Nevada Bar No. 8652
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
amy.sances@gmlaw.com
phillip.silvestri@gmlaw.com
*Attorneys for Defendant Boomerang's Operator, LLC d/b/a Mango's*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC COR., MILKSONGS, SWEET CHIN MUSIC, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., AFROMAN MUSIC, UNIVERSAL MUSIC CORP., and GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br>v.<br><br>BOOMERANG'S OPERATOR, LLC D/B/A MANGO'S, and STUARD E. APOLLO,<br><br>Defendants. | Case No. 2:18-cv-02144-JAD-VCF<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BOOMERANG'S OPERATOR, LLC D/B/A MANGO'S TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT<br><br>(Second Request) |

The parties respectfully submit the following stipulation to allow defendant Boomerang's Operator, LLC d/b/a Mango's ("Defendant") eleven (11) additional days to file a responsive pleading to Plaintiff's Complaint filed on November 7, 2018 [D.E. 1]. Defendant's response is currently due on December 31, 2018, and will now be due on January 11, 2019. An extension is necessary as parties counsel are currently engaged in settlement negotiations.

///

///

///

///

///

This is Defendant's second request for an extension of time to respond to the Complaint and is not made for the purpose of delay.

Respectfully submitted by:

DATED this 21st day of December, 2018

**GREENSPOON MARDER LLP**

/s/ Phillip S. Silvestri, Esq
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
3993 Howard Hughes Parkway #400
Las Vegas, Nevada 89169

*Attorneys for Defendant Boomerang's Operator, LLC d/b/a Mango's*

DATED this 21st day of December, 2018

**SNELL & WILMER L.L.P.**

/s/ Nathan G. Kanute, Esq.
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Counsel for Plaintiffs*

## ORDER

It is hereby **ORDERED** that Defendant Boomerang's Operator, LLC d/b/a Mango's shall have up to, and including, January 11, 2019 to file a response to Plaintiffs' Complaint.

_____
U.S. ~~District Court~~ Judge

Dated: 12/21/18

37574316v1