Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC CORP., MILKSONGS, SWEET CHIN MUSIC, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., AFROMAN MUSIC, UNIVERSAL MUSIC CORP., and GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>BOOMERANG'S OPERATOR, LLC, D/B/A MANGO'S, AND STUART E. APOLLO,<br><br>Defendants. | Case No. 2:18-cv-02144<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 15 |

THIS STIPULATION is entered into by and among WB Music Corp., Milksongs, Sweet Chin Music, Universal Polygram International Publishing, Inc., Afroman Music, Universal Music Corp., and Gnat Booty Music (collectively, "ASCAP Plaintiffs"), and Stuart E. Apollo, for himself, and on behalf of Boomerang's Operator, LLC, d/b/a Mango's (the "Defendants," and together with ASCAP Plaintiffs, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. That this action and all claims amongst the Parties shall be dismissed with prejudice;

2. That any outstanding hearings and deadlines shall be vacated; and

3. That the Parties shall bear their own attorneys' fees and costs associated with this action.

Dated as of March 6, 2019.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
  Nathan G. Kanute (NV Bar 12413)
  3883 Howard Hughes Parkway, Ste 1100
  Las Vegas, Nevada 89169
  *Attorneys for Plaintiffs*

Dated as of March 6, 2019.

GREENSPOON MARDER LLP

By: /s/ Amy L. Sances
  Amy L. Sances, Esq. (NV Bar 8652)
  Phillip Silvestri, Esq. (NV Bar 11276)
  3993 Howard Hughes Parkway, Suite 400
  Las Vegas, Nevada 89169
  *Attorneys for Defendants Boomerang's Operator, LLC d/b/a Mango's and Stuart E. Apollo*

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 8, 2019

Respectfully submitted,

SNELL & WILMER L.L.P.

  /s/ Nathan G. Kanute
Nathan G. Kanute (NV Bar No. 12413)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 775.785.5419
*Attorneys for Plaintiffs*